# KALLINEN LAW PLLC
## ATTORNEY & COUNSELOR AT LAW

*511 Broadway Street, Houston, Texas 77012*
*Telephone: 713.320.3785 FAX: 713.893.6737*
*E-mail: AttorneyKallinen@aol.com*

Licensed in all Texas Courts, the U.S. Supreme Court,
U. S. District Courts for the Southern, Eastern and
Western Districts of Texas and the United States
Court of Appeals for the Fifth Circuit

**December 4, 2018**

DEC 0 4 2018

David J. Bradley, Clerk of Court

U.S. District Court for the Southern District of Texas
Houston Division
515 Rusk St.
Houston, TX 77002

**Re:**   **Civil Action No.: 4:18-cv-03121;** *Griffin v. City of Sugar Land, et al.;* Plaintiff's exhibit

To the Clerk of the Court,
   Attached/enclosed is exhibit 1 (a DVD) to plaintiff's original complaint.

Sincerely Yours,

/s/ Randall L. Kallinen
Randall L. Kallinen

encl./attachment(s): Thumb drive
RLK/ms
cc:

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

Griffin

v.

City of Sugarland et al.

CASE NUMBER 4:18cv3121

**DOCUMENT IS:**

[✓] **LOOSE IN FILE**

[ ] **IN VAULT SEALED**

[ ] **IN BROWN EXPANDABLE FOLDER**

INSTRUMENT #_____